JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

**JS-6**

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 12-**09991** |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Regina  Gibbs, aka | |
| Regina G. Gibbs, | |
| Defendant | |

Pursuant to the above stipulation of the parties,
Judgment is hereby entered in favor of Plaintiff, UNITED
STATES OF AMERICA, against Defendant, Regina Gibbs, aka
Regina G. Gibbs, in the principal amount of $2,899.15 plus
interest accrued to November 15, 2012, in the sum of
$5,016.11; with interest accruing thereafter at 8% annually
until entry of judgment, administration costs in the amount
of $1.58 and late fees in the amount of $11.60, for a total
amount of $**7,928.44**.

DATED: 12/11/2012                    By: Terry Nafisi
                                        Clerk of the Court

                                        /s/ J. Lam
                                        Deputy Clerk
                                        United States District Court