1  JACQUELYNE M. NGUYEN, Bar No. 249658
   LAW OFFICE OF JACQUELYNE M. NGUYEN
2  1670 SANTA ANA AVE., SUITE K
   COSTA MESA, CA 92627
3  Telephone: (949) 722-0055
   Fax:(949) 722-8416

4  Attorney for: PLAINTIFF

JS-6

5

6

7

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            No. CV 12-09991

12                   Plaintiff,

13          vs.                          CONSENT JUDGMENT

14  Regina   Gibbs, aka

15  Regina G. Gibbs,

16                   Defendant

17      Pursuant to the above stipulation of the parties,

18  Judgment is hereby entered in favor of Plaintiff, UNITED

19  STATES OF AMERICA, against Defendant, Regina Gibbs, aka

20  Regina G. Gibbs, in the principal amount of $2,899.15 plus

21  interest accrued to November 15, 2012, in the sum of

22  $5,016.11; with interest accruing thereafter at 8% annually

23  until entry of judgment, administration costs in the amount

24  of $1.58 and late fees in the amount of $11.60, for a total

25  amount of $**7,928.44**.

26  DATED: 12/11/2012              By: Terry Nafisi
                                        Clerk of the Court
27
                                        /s/ J. Lam
28                                      Deputy Clerk
                                   United States District Court